**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

 STRANGE VICTORY, INC.,

      Plaintiff,

    -against-

E! ENTERTAINMENT TELEVISION, LLC,

      Defendant.

-------------------------------------------------------------x

23-CV-2841 (OTW)

**<u>SCHEDULING ORDER</u>**

**ONA T. WANG**, **United States Magistrate Judge**:

The Parties are directed to file joint status letters on the last Friday of each month. The parties shall file their first joint status letter on **Friday, August 25, 2023**.

  **SO ORDERED.**

Dated: August 3, 2023
   New York, New York

           _s/ Ona T. Wang_
           **Ona T. Wang**
           United States Magistrate Judge